## 33364. SHIVER v. SHIVER.

PER CURIAM.
This is an appeal from a judgment changing custody of minor children from the mother to the father. There is reasonable evidence in the record to support the trial court's determination to change custody. *Robinson v. Ashmore,* 232 Ga. 498, 500-501 (207 SE2d 484) (1974); *Godfrey v. Godfrey,* 239 Ga. 707 (238 SE2d 378) (1977); *Hawkins v. Hawkins,* 240 Ga. 30 (239 SE2d 358) (1977); *Gazaway v. Brackett,* 241 Ga. 127 (1978).
*Judgment affirmed. All the Justices concur.*

SUBMITTED MARCH 3, 1978 — DECIDED APRIL 3, 1978.

*Barham & Bennett, Wilton E. Stone, Jr.,* for appellant.
*Edwards, Edwards & Edwards, H. B. Edwards, III,* for appellee.